# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DONALD MCFALL | Case No.: 4:19-CR-00019-CDL-MSH-1 |

## ORDER ON MOTION FOR CONTINUANCE

Defendant *Donald McFall*, has moved the Court to continue the pre-trial conference of his case, presently scheduled for July 2, 2019, and to continue the trial until the September 2019 term. The Government does not oppose this motion. Defendant was arraigned on May 30, 2019, and is currently in custody. Counsel needs additional time to review voluminous discovery, investigate the charge and complete research. Counsel for Mr. McFall needs to discuss possible motions, plea resolutions, or trial stipulations with the government once counsel is able to complete investigation, legal research, and review all matters with the defendant. The Court finds that it is in the interests of justice to allow the continuance for additional time to allow the parties to complete a thorough investigation and to explore possible plea negotiations and this interest outweighs the interest of the Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [Doc. 22] is **GRANTED**, and it is hereby ordered that this case shall be continued to the September trial term. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. ' 3161.

It is SO ORDERED, this **20th** day of **June 2019**.

s/Clay D. Land
HONORABLE CLAY D. LAND
CHIEF JUDGE

UNITED STATES DISTRICT COURT