# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DONALD MCFALL | Case No.: 4:19-CR-00019-CDL-MSH-1 |

## ORDER ON JOINT MOTION FOR CONTINUANCE

Defendant **Donald McFall** has moved the Court to continue the pre-trial conference of his case, presently scheduled for December 4, 2019, and to continue the trial of this case to the March 2020 trial term. The Government joins this motion. Defendant was arraigned on May 30, 2019, and is currently in custody. Additional time is needed for the defendant to return to the district and meet with counsel to review the evaluation and potential new discovery. The United States needs additional time to review the results of a search warrant and provide the discovery to Mr. McFall, and defense counsel will need time to review the discovery, complete the pretrial investigation and to enter into plea negotiations between the defendant and government if warranted. The Court finds that it is in the interests of justice to allow the parties to complete the discovery process and pretrial investigation in this case; and to explore possible plea negotiations and these interests outweigh the interest of the Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [Doc. 30] is **GRANTED**, and it is hereby ordered that this case shall be continued until February 24, 2019 trial term. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is SO ORDERED, this **7th** day of **November, 2019**.

                                                  s/Clay D. Land
                                                  HONORABLE CLAY D. LAND
                                                  UNITED STATES DISTRICT COURT